# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT SMITH,

           Petitioner,

v.

CALVIN JOHNSON, et al.,

           Respondents.

Case No. 2:22-cv-00910-GMN-DJA

**ORDER**

Petitioner timely filed a request for additional time to file the standard filing fee or file a complete application for leave to proceed *in forma pauperis* ("IFP") (ECF No. 7) in compliance with the Court's July 6, 2022, order (ECF No. 5). The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the request.

**IT IS THEREFORE ORDERED**:

1. Petitioner's request to extend time (ECF No. 7) is GRANTED.

2. Petitioner has until **September 22, 2022**, to comply with the Court's previous order (ECF No. 5) by filing (a) the standard filing fee or (b) a complete IFP application.

3. Petitioner's failure to comply with the previous order (ECF No. 5) by September 22, 2022, will result in the dismissal of this action without prejudice and without further advance notice.

DATED: August 15, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE